IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CARMEN HARRIS, o/b/o minor child, K.B.** § | | **PLAINTIFF** |
| § | | |
| **v.** § | | **CAUSE NO. 1:09CV154 LG-RHW** |
| § | | |
| **STONE COUNTY SCHOOL DISTRICT** § | | **DEFENDANT** |

## FINAL JUDGMENT

In accordance with the Order of Dismissal entered herewith;

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b).

**SO ORDERED AND ADJUDGED** this the 11th day of May, 2010.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE